UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERO PAUNONEN,<br><br>         Plaintiff,<br><br> - against -<br><br>VAAS<br><br>         Defendant. | Docket No. 4:19-cv-6295 |

**<u>NOTICE OF SETTLEMENT</u>**

The parties have reached a settlement in principle. The parties will file their notice of dismissal within the next 30 days.

                           <u>/s/Richard Liebowitz</u>

                           *Counsel for Plaintiff*