UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERO PAUNONEN<br><br>       Plaintiff,<br><br>  v.<br><br>VAAS<br><br>       Defendant. | **NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>Case No.: 4:19-cv-6295-JSW |

  IT IS HEREBY NOTICED that the above case has settled and should be dismissed with prejudice with each side to bear their own costs and attorney's fees.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: May 1, 2020

*Attorneys for Plaintiff Tero Paunonen*